FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 13 PM 4: 53

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TYRON ANTWONE STAFFORD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV406-211 |
| ) | |
| AL ST. LAWRENCE, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Petitioner previously filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, unaccompanied by a motion to proceed *in forma pauperis* or the filing fee of $5.00. Doc. 1. The Court issued an Order on September 25, 2006 instructing petitioner to submit within ten days either the $5.00 filing fee or a motion to proceed *in forma pauperis*. Because petitioner has failed to comply with the Court's Order, it is recommended that this case be DISMISSED.

SO REPORTED AND RECOMMENDED this 13th day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA